610

372 A.2d 427
Commonwealth v. Negron, Appellant.

Argued December 6, 1976. J. Richard Gray, with him Daniel H. Shertzer, for appellant; Joseph C. Madenspacher, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 427
Commonwealth v. Oliver, Appellant.

Argued December 8, 1976. Anne M. Dixon, for appellant; Laurence H. Brown, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.